# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Elkino Dawkins,

    Plaintiff

v.

The Flamingo Casino,

    Defendant

Case No.: 2:14-cv-1770-JAD-PAL

**Order
Adopting Report and Recommendation
and Dismissing Case**

Magistrate Judge Leen entered a Report and Recommendation on March 12, 2015, recommending dismissal of plaintiff Elkino Dawkins's complaint. Doc. 7. Any objections were due March 29, 2015. Dawkins has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Leen's Report and Recommendation **[Doc. 7] is ACCEPTED and ADOPTED** in full.

It is further ORDERED that this case is **DISMISSED**. The Clerk of Court is instructed to **CLOSE** this case.

DATED April 8, 2015.

_____
Jennifer A. Dorsey
United States District Judge